UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

SHRONDA M. WATKINS,

    Plaintiff,

v.

TRAVELERS HOME AND MARINE
INSURANCE COMPANY,

    Defendant.                              No. 12-cv-691-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on November 27, 2012, this case is **DISMISSED** with prejudice.

                                        NANCY J. ROSENSTENGEL,
                                        CLERK OF COURT

                                BY:      /s/*Sara Jennings*
                                                  **Deputy Clerk**

Dated:   February 4, 2013

Digitally signed by
David R. Herndon
Date: 2013.02.04
15:38:18 -06'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT